```
PATRICK L. FORTE #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

The following constitutes
the order of the court. Signed October 13, 2011

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 10-43329 RLE** |
| **CHARLES GEORGE DAGGS and JAMILA LASHON DAGGS,** | **Chapter 13** |
| Debtors. _____/ | <u>**ORDER MODIFYING CHAPTER 13 PLAN**</u> |

The above named debtor having served an Amended Motion to Modify Chapter 13 Plan on September 19, 2011, and there being no objections thereto and good cause appearing therefor;

**IT IS ORDERED** that debtors' Chapter 13 Plan be modified as follows:

Debtors will include their 2010 IRS taxes in the amount of $3,960.32 with 3% interest to their Chapter 13 Plan. Commencing August 2011, debtors will pay $590.00 per month to the Trustee. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

**END OF ORDER**

**COURT SERVICE LIST**

**Attorneys for Debtors**
Patrick L. Forte, Esq.
Anne Y. Shiau
One Kaiser Plaza, #480
Oakland, CA 94612


U.S. Trustee
1301 Clay Street, #690N
Oakland, CA 94612


**Chapter 13 Trustee**
Martha Bronitsky
Trustee
P.O. Box 5004
Hayward, CA 94540

**Debtors**
Charles George Daggs
Jamila Lashon Daggs
625 A Canyon Oaks Drive
Oakland, CA 94605